1

2

3

4

5

6

7           UNITED STATES DISTRICT COURT

8           CENTRAL DISTRICT OF CALIFORNIA

9                WESTERN DIVISION

10

11   ANGEL AGUIRRE,                    )   No. CV 10-09831-VBK
                                       )
12                    Plaintiff,       )   JUDGMENT
                                       )
13        v.                           )
                                       )
14   MICHAEL J. ASTRUE,                )
     Commissioner of Social            )
15   Security,                         )
                                       )
16                    Defendant.       )
     _____)

17

18       **IT IS HEREBY ORDERED** that the decision of the Commissioner is

19   reversed, and the matter is remanded for a new hearing consistent with

20   the Memorandum Opinion.

21

22   DATED:  December 1, 2011                        /s/
                                         VICTOR B. KENTON
23                                       UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28